### TRINA POLANCO, ADMINISTRATRIX (ESTATE OF LUIS POLANCO), ET AL. *v.* BILLY KITCHENS ET AL.

The petition by the plaintiff Trina Polanco et al. for certification for appeal from the Appellate Court (AC 23775) is denied.

*Robert D. Haun,* in support of the petition.

*Lorinda S. Coon,* in opposition.

Decided April 24, 2003